

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-29-2003

# Sutton v. Rasheed

Precedential or Non-Precedential: Non-Precedential

Docket 97-7096

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Sutton v. Rasheed" (2003). *2003 Decisions.* Paper 525.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/525

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 97-7096
_____


RICHARD X. SUTTON;
ROBERT X. WISE; MICHAEL X. WALKER,
                                        Appellants

v.

IMAM ADEEB RASHEED;
JAMES SMITH, Chaplain; FRANCIS MENEI, Chaplain;
JOHN PALAKOVICH; KENNETH KYLER; MARTIN F. HORN;

UNITED STATES OF AMERICA
(Intervenor in District Court)


_____
On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Civil Action No. 94-cv-01865
(Honorable Edwin M. Kosik)
Argued March 6, 2002
Before:  BECKER, <u>Chief</u> <u>Judge</u>[*] and SCIRICA, <u>Circuit</u> <u>Judge</u>,[**]
and POLLAK,[***] <u>District</u> <u>Judge</u>.

(Filed May 29, 2003)


_____                   _____



[*]Judge Becker completed his term as Chief Judge on May 4, 2003.

[**]Judge Scirica succeeded to the position of Chief Judge on May 4, 2003.

[***]The Honorable Louis H. Pollak, United States District Judge for the Eastern District of Pennsylvania, sitting by designation

ORDER AMENDING OPINION
_____

The slip opinion filed on March 19, 2003 in the above case is amended as follows:

On pages 31-32, the case of *Wilson v. Layne* should be cited at 526 U.S.


BY THE COURT:


/s/ Edward R. Becker
Circuit Judge

DATED: May 29, 2003

2